IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:19-CR-023 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| RYAN GREEN, | : | 18 U.S.C. § 1361 |
| | : | 18 U.S.C. §§ 7 & 13 |
| Defendant | : | O.R.C. § 2921.331(B) |
| | : | O.R.C. § 4510.11(A) |
| | : | O.R.C. § 4549.03 |
| | : | O.R.C. § 2921.31 |
| | : | O.R.C. § 2917.11(A)(5) |
| | : | O.R.C. § 4511.202 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. § 1361)

On or about October 13, 2018, in the Southern District of Ohio, the Defendant, **RYAN GREEN**, did willfully injure and commit depredation against property of the United States by damaging a portion of Wright-Patterson Air Force Base's fence line.

In violation of 18 U.S.C. § 1361.

### COUNT 2

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.331(B))

On or about October 13, 2018, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant,

**RYAN GREEN**, did operate a motor vehicle so as willfully to elude and flee a police officer after receiving a visible and audible signal from a police officer to bring the said Defendant's motor vehicle to a stop.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.331(B).

## COUNT 3

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4510.11(A))

On or about October 13, 2018, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **RYAN GREEN**, whose driver's license had been suspended, did operate a motor vehicle upon the public roads and highways within this state during the period of suspension.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4510.11(A).

## COUNT 4

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4549.03)

On or about October 13, 2018, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **RYAN GREEN**, the driver of a vehicle involved in an accident resulting in damage to real property or personal property attached to real property, legally upon or adjacent to a public road and highway, did fail to immediately stop and take reasonable steps to locate and notify the owner or person in

charge of the property of that fact, of the driver's name and address, and of the registration number of the vehicle, as required by law.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4549.03.

### COUNT 5

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.31)

On or about October 13, 2018, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **RYAN GREEN**, without privilege to do so and with purpose to prevent, obstruct, and delay the performance by a public official of an authorized act within the public official's official capacity, did an act that hampered and impeded the public official in the performance of the public official's lawful duties.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.31.

### COUNT 6

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.11(A)(5))

On or about October 13, 2018, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **RYAN GREEN**, while in the presence of a law enforcement officer, did recklessly cause inconvenience, annoyance, and alarm to another by creating a condition that was physically offensive to persons and that presented a risk of physical harm to persons or property, by an act that served no lawful and reasonable purpose of the offender.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.11(A)(5).

## COUNT 7

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.202)

On or about October 13, 2018, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **RYAN GREEN**, did operate a motor vehicle on a street, highway, or property open to the public for vehicular traffic without being in reasonable control of the vehicle.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.202.

BENJAMIN C. GLASSMAN
United States Attorney

*[signature]*
JULIENNE MCCAMMON
Special Assistant United States Attorney